HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY EDWIN PAUL,<br><br>Defendant/Judgment Debtor,<br><br>and<br><br>LINCOLN BENEFIT LIFE CO.,<br><br>Garnishee. | Case No.  2:22-cv-00716-RAJ<br><br>(2:19-cr-00194-1)<br><br>CONTINUING GARNISHMENT ORDER |

A Writ of Continuing Garnishment, directed to Lincoln Benefit Life Co. (Garnishee), has been duly issued and served upon the Garnishee.  Pursuant to the Writ, Garnishee filed its Answer on April 18, 2022, stating that it holds five life insurance policies owned by Defendant/Judgment Debtor Anthony Edwin Paul (Mr. Paul), and one life insurance policy owned by his wife, Nicole Paul (Mrs. Paul), with a combined cash surrender value of $162,640.28, as of April 15, 2022.  Dkt. # 6 at 5.

ORDER - 1

The United States served notice of the Writ of Garnishment on Mr. Paul and Mrs. Paul. Dkt. # 7. Mrs. Paul filed an Objection, and the Court considered and overruled her Objection on April 23, 2025. Dkt. # 18.

IT IS THEREFORE ORDERED:

Under 28 U.S.C. § 3205(c)(7), the Garnishee shall pay to the Clerk of this Court all property in the Garnishee's possession, custody, or control, in which Mr. Paul or Mrs. Paul has an ownership interest. The Garnishee shall make the required payment via check payable to the United States District Court and referencing Case Nos. 2:19-CR-00194-1 and 2:22-CV-00716 on the memo line. The Garnishee shall mail or deliver the check to:

> U.S. District Court, W.D. Washington
> Attn: Financial Clerk
> 700 Stewart Street, Suite 2310
> Seattle, Washington 98101

The Clerk shall apply the Garnishee's payment to Mr. Paul's outstanding criminal judgment debt in Case No. 2:19-CR-00194-1.

Dated this 1st day of July, 2025.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 2